PATRICK J. GLEASON et al., Respondents, *v.* THE PEERLESS MANUFACTURING COMPANY, Appellant, Impleaded · with Others.

*Gleason* v. *Peerless Mfg. Co.*, 1 App. Div. 257, affirmed.
(Argued May 7, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1896, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Nathan Ottinger* for appellant.

*George W. Stephens* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

WILLIAM JEREMIAH, Respondent, *v.* ROSINA A. PITCHER, Appellant.

*Jeremiah* v. *Pitcher*, 26 App. Div. 402, affirmed.
(Argued May 7, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1898, reversing in part and affirming in part a judgment decreeing that the facts proved did not establish a trust in favor of plaintiff in the lands described in the complaint, but that plaintiff was entitled to liens thereon for the amount of certain mortgages, interest and taxes paid by him, with which said land had been incumbered.

*Henry Major* for appellant.

*P. Harwood Vernon* for respondent.

Judgment affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.